# EXHIBIT A

IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

| DIVISION | STATEMENT OF CLAIM | CASE NUMBER |
|---|---|---|
| ☐ CIVIL<br>☐ DISTRICTS<br>☐ OTHER | (File in Duplicate Plus One For Each Defendant) | 18-02964 SP 05<br>SECTION NO. |

| PLAINTIFF | VS. DEFENDANT(S) | CLOCK IN |
|---|---|---|
| Barry Mezey | Twitter, Inc<br>(Agent: C T Corporation System)<br>818 W SEVENTH ST STE 930<br>LOS ANGELES CA 90017 | ORIGINAL FILED<br>FEB 09 2018<br>HARVEY RUVIN<br>CLERK |

The Plaintiff sues the Defendant for money owed Plaintiff by Defendant; and which is past due and unpaid; for (As marked (x) below):

Address: 1355 MARKET STREET, SUITE 900 SAN FRANCISCO CA 94103

Phone Number: 415-222-9670

☐ Good, wares and merchandise sold by plaintiff, to defendant;
☐ Work done and materials furnished by plaintiff, to defendant;
☐ Money lent by plaintiff to the defendant which is due and payable;
☐ Money due to plaintiff upon accounts stated and agreed to between them;
☐ On a written instrument, copy of which is attached hereto;
☐ Rent for certain premises in Miami-Dade County, Florida, Viz;
☐ Other (Explain)
☐ Any additional facts in connection with any of the above:

**(USE ADDITIONAL SHEET IF NECESSARY)**

The nature of this complaint is towards (1) professional negligence, (2) defective services, (3) one-sided policy and terms, (4) violation of plaintiff's civil rights (1st amendment), and (5) wrongful termination of account which has resulted in severe damages, expenses, and loss of revenue/wages. The plaintiff seeks judgment from the courts to recover damages and expenses incurred.

Where Plaintiff demands judgment in the sum of $ 5,000.00 together with court costs and any further costs which the Court may assess.

The Plaintiff, Barry Mezey, says the foregoing is a just and true statement of the amount owed by defendant to plaintiff, exclusive of all lawful setoffs, and that defendant has no lawful defenses which would preclude the collection of said amount.

Affiant states that the defendant(s) is/are not in the military service of the United States.

| Attorney/Plaintiff<br>Barry Mezey | Signature | Attorney's Bar No. |
|---|---|---|
| Address of Attorney/Plaintiff<br>6740 SW 99 Terrace, Miami, FL 33156 | | Telephone No.<br>786-314-9493 |

The foregoing instrument was acknowledged before me this 28 day of November 2017 by Barry P. Mezey who is personally known to me or who has produced FL DL as identification and did ☑ / did not ☐ take an oath.

SWORN TO AND SUBSCRIBED BEFORE ME this 28 day of November

Dorian Castro Guerrero
Notary Public, State of Florida
Commission# GG 44306
My comm. expires Nov. 2, 2020

| HARVEY RUVIN<br>CLERK OF COURTS | | NOTARY PUBLIC, Dorian Castro Guerrero<br>State of Florida<br>My Commission Expires: 11-2-20 |
|---|---|---|
| | Deputy Clerk | |

**IMPORTANT: SEE REVERSE**

CLK/CT. 333 Rev. 05/11

Clerk's web address: www.miami-dadeclerk.com

| SERVICE OF PROCESS<br>☐ PROCESS SERVER<br>☐ SHERIFF<br>☐ MAIL | FILING FEE AMOUNT | RECEIPT NUMBER |
|---|---|---|

NOTE: If the claim is based upon a written document, a copy, or the material part thereof, shall be attached to the statement of claim.

### INSTRUCTION SHEET
### IMPORTANT

YOU MUST advise the Clerk, in writing, of any change in your mailing address.

If you are a DEFENDANT and fail to appear on the designated date, in person or by an attorney, a judgment may be entered against you.

Plaintiff(s) will not be entitled to a default or judgment in the absence of an affidavit regarding the defendant's military status in compliance with applicable law. This form, if sworn to, will meet the above requirements.

If you are a PLAINTIFF and fail to appear on the designated date, in person or by an attorney, this case may be dismissed for Want of Prosecution.

Any claim of the Defendant against the Plaintiff, arising out of the same transaction or occurrence which is the subject matter of plaintiff's claim, shall be filed not less than 5 days prior to the appearance date, or within such times as the Court designates. When a counterclaim or set-off exceeds the jurisdiction of the Court, it shall be filed in writing before or at the pretrial hearing, and the action shall then be transferred to the Court having jurisdiction thereof. As evidence of good faith, the counter-claimant shall deposit a sum sufficient to pay the filing fee in the Court to which the case is to be transferred with his counterclaim.

FAILURE TO MAKE THE DEPOSIT WAIVES THE RIGHT TO TRANSFER.

TRIAL BY JURY may be had upon written demand by Plaintiff made at the commencement of the action or by any defendant within 5 days after service of the notice to appear or at the Pretrial Conference. If the demand is not made, the right to trial by jury is waived.

If at any time in the proceedings a settlement is reached between the parties, this office should be notified in writing by the Plaintiff.

If you have any questions regarding procedures, this office will assist you. This office cannot furnish legal advice to you. Please consult your attorney for legal advice.

### CAUTION

A copy of any paper that you file at any time with the Clerk or Judge **MUST** be sent by you to each attorney appearing in the case, if any, or to all parties not represented by an attorney. You must set forth the date and to whom you sent the copy (or copies) of the paper filed, which would be followed by your signature.

### AMERICANS WITH DISABILITIES ACT OF 1990
### ADA NOTICE

"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2702, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."

IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

| DIVISION<br>☐ CIVIL<br>☐ OTHER | NOTICE TO APPEAR<br>FOR PRETRIAL CONFERENCE<br>(File in Quadruplicate) | CASE NUMBER<br>18 - 02964 SP 05<br>SP05 SECTION NO. |
|---|---|---|
| **PLAINTIFF(S)**<br>Barry Mezey<br>6740 SW 99 Terrace.<br>Miami, FL 33156 | **VS. DEFENDANT(S)**<br>Twitter, Inc<br>1355 MARKET STREET, SUITE 900<br>SAN FRANCISCO CA 94103 | SERVICE |

**DEFENDANT(S) TO BE SERVED AT:**
Twitter, Inc
(Agent: C T Corporation System)
818 W SEVENTH ST STE 930 LOS ANGELES CA 90017

CLOCK IN

**STATE OF FLORIDA**
**NOTICE TO PLAINTIFF(S) AND DEFENDANT(S)**
YOU ARE HEREBY NOTIFIED that you are required to appear in person or by attorney at:

73 West Flagler St., Miami, Florida, Sixth Floor, Courtroom 6-4 on __02-28-2018__, 20____.
at __10:30 am__ . M., for pretrial conference before a Judge of this Court. Section # __08__.

"For those unable to pay for an attorney, information on how to seek free legal assistance can be found at www.dadecountyprobono.org."

**IMPORTANT-READ CAREFULLY**
**THE CASE WILL NOT BE TRIED AT THAT TIME.**
**DO NOT BRING WITNESSES — APPEAR IN PERSON OR BY ATTORNEY**

The defendant(s) must appear in court on the date specified in order to avoid a default judgment. The plaintiff(s) must appear to avoid having the case dismissed for lack of prosecution. A written MOTION or ANSWER to the court by the plaintiff(s) or the defendant(s) shall not excuse the personal appearance of a party or its attorney in the PRETRIAL CONFERENCE. The date and time of the pretrial conference CANNOT be rescheduled without good cause and prior court approval.

A corporation may be represented at any stage of the trial court proceedings by an officer of the corporation or any employee authorized in writing by an officer of the corporation. Written authorization must be brought to the Pretrial Conference.

The purpose of the pretrial conference is to record your appearance, to determine if you admit all or part of the claim, to enable the court to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pretrial conference. You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to prove the case, state the names and addresses of your witnesses, stipulate to the facts that will require no proof and will expedite the trial, and estimate how long it will take to try the case.

**IMPORTANT – SEE REVERSE**

Mediation may take place at the pretrial conference. Whoever appears for a party must have full authority to settle. Failure to have full authority to settle at this pretrial conference may result in the imposition of costs and attorney fees incurred by the opposing party.

If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court. The court may or may not approve a payment plan and withhold judgment or execution or levy.

**RIGHT TO VENUE:** The law gives the person or company who has sued you the right to file in any one of several places as listed below. However, if you have been sued in any place other than one of these places, you, as the defendant(s), have the right to request that the case be moved to a proper location or venue. A proper location or venue may be one of the following:

1. Where the contract was entered into.
2. If the suit is on an unsecured promissory note, where the note is signed or where the maker resides.
3. If the suit is to recover property or to foreclosure a lien, where the property is located.
4. Where the event giving rise to the suit occurred.
5. Where any one or more of the defendants sued reside.
6. Any location agreed to in a contract.
7. In any action for money due, if there is no agreement as to where suit may be filed, where payment is to be made.

If you, as the defendant(s), believe the plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer, or you must file a WRITTEN request for transfer in affidavit form (sworn to under oath) with the court 7 days prior to your first court date and send a copy to the plaintiff(s) or plaintiff's(s') attorney, if any.

A copy of the statement of claim shall be served with this summons.

| HARVEY RUVIN<br>CLERK OF THE COURTS | BY: *Beatriz Perez*<br>DEPUTY CLERK | DATE<br>FEB 0 9 2018 |
|---|---|---|
| COPY TO ☐ Mailed ☐ Hand-Delivered ☐ Plaintiff<br>☐ Attorney ☐ Process Server ☐ Sheriff | | COURT SEAL |

**FILED BY:** Barry Mezey

**ADDRESS:** 6740 SW 99 Terrace. Miami, FL 33156

**TELEPHONE:** 786-314-9493

## AMERICANS WITH DISABILITIES ACT OF 1990
## ADA NOTICE

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2702, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

IMPORTANT – SEE REVERSE